No. 573. UNITED STATES v. 93.970 ACRES OF LAND, MORE OR LESS, IN COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States. *J. Herzl Segal* for respondents.

No. 554. PREFORMED LINE PRODUCTS CO. v. WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Patrick H. Hume* and *C. Willard Hayes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 566. LAUGHLIN v. HARRINGTON, COMMISSIONER OF INTERNAL REVENUE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Albert J. Ahern, Jr.* and *James J. Laughlin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for respondent.

No. 574. KOCH ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Max Fink* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States.

No. 496, Misc. UNITED STATES EX REL. ECKWERTH v. DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Stephen C. Vladeck* for petitioner.